IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GQ SAND, LLC,

        Plaintiff and Counterclaim Defendant,        ORDER

v.

        15-cv-152-wmc

CONLEY BULK SERVICES, LLC,

        Defendant, Counterclaim Plaintiff and Crossclaim Defendant ,

RANGE MANAGEMENT SYSTEMS, LLC, and

        Defendant and Counterclaim Plaintiff,

and

NEJGID, LLC,

        Defendant and Counterclaim/Crossclaim Plaintiff.

Having reviewed the parties' deposition designations, objections and counter-designations and objections to counter-designations, the court issues the following rulings as to the parties' objections to witnesses Scott Hohensee and Robert Schenken and defendants' objection to plaintiff's designations of witness Carl Hudspeth.[1]  The approved designations may be presented to the jury unless the witness is available to testify in person.  **The party proposing the testimony shall remove all objections and any other asides or discussions between counsel and/or with the court reporter**, even where not noted by the court in its rulings.

---

[1] The court awaits plaintiff's filing of amended objections to defendants' designations of witness Carl Hudspeth.

I. Plaintiff's Designations

   A. Scott Hohensee

| GQ Sand Designation | Defendants' Objections | Defendants' Counterdesignation | GQ Sand's Response/Objections | Ruling |
|---|---|---|---|---|
| 19:15-21:1 | Calls for speculation | 21:2-13 | Question was looking for an estimate not exact number; no objection to addition of counterdesignation if original designation allowed | Overruled. |
| 25:5 -26:6 | Calls for speculation | | Actually document references phone call asked about; refreshed recollection | Sustained as to 25:5-19; otherwise overruled. |
| 48:3-49:7 | Calls for speculation | | He is identifying crush values from sand tests with documents in front of him - no speculation | Overruled. |
| 49:15-18, 22-25 | Calls for speculation | | No speculation - if had additional product | Sustained. |

   B. Robert Schenken

| GQ Sand Designation | Defendants' Objections | Defendants' Counterdesignation | GQ Sand's Response/Objections | Ruling |
|---|---|---|---|---|
| 65:10-13 | | 65:14-66:11 | Relevance, doesn't remember if specific order and normal course of business is irrelevant | Overruled. |

2

### C. Carl Hudspeth

| GQ Sand Designation | Defendants' Objections | Defendants' Counterdesignation | GQ Sand's Objections | Ruling |
|---|---|---|---|---|
| 64:8-65:9 | | 81:12-15; 81:22-25; 82:1-9 | Objection as to Court's ruling on Prior/Other Acts | Sustained. |
| 121:20-23 | | 89:10-11; 90:6-16; 91:15-21 | Objection as to Court's ruling on Prior/Other Acts | Sustained. |
| 124:3-125:7 | | 116:18-117:6 | Objection as to Court's ruling on Prior/Other Acts | Sustained. |
| 135:4-7, 12-25 | | 136:25-137:10 | Hearsay | Counter-designation withdrawn. |
| 167:1-9 | | 167:19-168:2; 173:5-15 | Objection as to Court's ruling on Prior/Other Acts | Sustained. |
| 180:14-181:4 | | 180:2-13 | Relevance 401, does not matter what he doesn't know | Counter-designation withdrawn. |

## II. Defendants' Designations

### A. Robert Schenken

| Conley Bulk Services, LLC's Designations | GQ Sand, LLC's Objections | Conley Bulk Services LLC's Counter-Designations | GQ Sand, LLC's Objections | Ruling |
|---|---|---|---|---|
| 7:16-8:1 | Relevance | | This is the witness' name. | Overruled. |
| 8:13-9:18 | Relevance of 8:13-19 | | This is relevant, because it provides background on the witness. | Overruled. |
| 19:21-20:1 | Relevance of work history | | Mr. Schenken's work history provides context for the jury, which is relevant. | Overruled. |
| 21:22-22:1 | Completeness | 22:2-6 | No objection. | Sustained; add 22:2-6. |
| 61:23-62:2 | Completeness | Add, 60:14-18, | No objection. | Sustained; |

3

| Conley Bulk Services, LLC's Designations | GQ Sand, LLC's Objections | Conley Bulk Services LLC's Counter-Designations | GQ Sand, LLC's Objections | Ruling |
|---|---|---|---|---|
| | | 61:9-20 | | add 60:14-18, 61:9-20. |
| 64:17-67:18 | Foundation; 64:24-66:4 doesn't recall if GQ Sand ordered specific crush value, sales order "probably" would state out of the norm | | This is not an issue of foundation. The jury can infer from Mr. Schenken's testimony his credibility. | Withdrawn. |
| 83:2-84:2 | Completeness | Add 84:3-13 | No objection. | Sustained; add 84:3-13. |
| 89:1-90:2 | Relevance; duplicative 89:21-90:2, see designation 32:12-33:7 and objection above | | This testimony is directing the witness to a certain topic. | Sustained as to 89:1-3, 89:21-90:2; otherwise overruled. |
| 92:19-93:13 | 93:8-13 is Hearsay "ownership said" | | Mr. Schenken was testifying on behalf of WWS; this is not hearsay. | Overruled. |

Entered this 24th day of June, 2016.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge

4