IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GQ SAND, LLC,

    Plaintiff,

v.

RANGE MANAGEMENT SYSTEMS, LLC,
and NEJGID, LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-152-wmc

    This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendants Range Management Systems, LLC and NEGJID, LLC, jointly and severally, in the amount of $458,200.00 on GQ Sand, LLC's claim of tortious interference with the Sand Supply Agreement.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC and against defendant Range Management Systems, LLC in the amount of $45,000.00 on GQ Sand, LLC's claim of breach of the Rail Delivery Agreement.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC and against defendant NEGJID, LLC in the amount

of $77,220.00 on GQ Sand, LLC's claim of tortious interference with the Rail Delivery Agreement.

Approved as to form this 1st day of July, 2016.

_____
William M. Conley
District Judge

_____    _____
W. O'mor, Deputy Clerk for                7/1/2016
Peter Oppeneer, Clerk of Court            Date