IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GQ SAND, LLC,

                Plaintiff and Counterclaim Defendant,

     v.

CONLEY BULK SERVICES, LLC,

                Defendant, Counterclaim Plaintiff and Crossclaim Defendant,

RANGE MANAGEMENT SYSTEMS, LLC, and

                Defendant and Counterclaim Plaintiff,

NEJGID, LLC,

                Defendant, Counterclaim Plaintiff and Crossclaim Plaintiff.

                                              ORDER

                                         15-cv-152-wmc

The court having been advised that accumulated July interest from July 1 to 19, 2016 having inadvertently been omitted from the previous order releasing funds,

IT IS HEREBY ORDERED that the Clerk of Court shall release $57.53 in interest held in the Court's registry as follows:

1.     By check made payable to the "Trust Account of Turke & Strauss LLP" in the amount of $57.53, mailed to:

          Turke & Strauss LLP
          613 Williamson Street, Suite 209
          Madison, WI 53703

2.     Counsel for Conley Bulk Services, LLC shall allocate the funds as required by the parties' Confidential Settlement Agreement.

Entered this 10th day of August, 2016.

                    BY THE COURT:

                    WILLIAM M. CONLEY
                    District Judge