IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GQ SAND, LLC,

    Plaintiff,

v.

RANGE MANAGEMENT SYSTEMS, LLC,
and NEJGID, LLC,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 15-cv-152-wmc

---

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendants Range Management Systems, LLC, and NEGJID, LLC, jointly and severally, in the amount of $641,200.00 on GQ Sand, LLC's claim of tortious interference with the Sand Supply Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendant Range Management Systems, LLC, in the amount of $45,000.00 on GQ Sand, LLC's claim of breach of the Rail Delivery Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendant NEGJID, LLC, in the amount

of $77,220.00 on GQ Sand, LLC's claim of tortious interference with the Rail Delivery Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendant Range Management Systems, LLC ,in the amount of $156,579.00 for attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff GQ Sand, LLC, and against defendants Range Management Systems, LLC, and NEGJID, LLC, jointly and severally, in the amount of $27,688.96 for costs.

Approved as to form this 2nd day of October, 2017.

_____
William M. Conley
District Judge

_____          10/3/17
Peter Oppeneer, Clerk of Court                    Date